914

No. 78–1396. CHARBONNET ET AL. *v.* BRADEN ET AL. Affirmed on appeal from D. C. E. D. La. MR. JUSTICE BRENNAN would note probable jurisdiction and set case for oral argument.

No. 78–6486. ALEXANDER *v.* ESTELLE, CORRECTIONS DIRECTOR. Appeal from Ct. Crim. App. Tex. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 78–6646. AHMAD *v.* RODAK, CLERK, SUPREME COURT OF THE UNITED STATES. Appeal from C. A. D. C. Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 78–750. KENTUCKY *v.* BRANNON. Sup. Ct. Ky. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *Kentucky* v. *Whorton,* 441 U. S. 786 (1979).

No. 78–1084. KENTUCKY *v.* WILLIAMS. Sup. Ct. Ky. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *Kentucky* v. *Whorton,* 441 U. S. 786 (1979).

No. 78–1085. KENTUCKY *v.* AVERY. Sup. Ct. Ky. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *Kentucky* v. *Whorton,* 441 U. S. 786 (1979).